**PRESS FIRMLY TO SEAL**    **PRESS FIRMLY TO SEAL**

Retail

U.S. POSTAGE PAID
PME
ARLINGTON, VA 22201
FEB 05, 2025
19801
$31.40
RDC 07
S2324H505359-12

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

**UNITED STATES POSTAL SERVICE®**    **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE ( 202 ) 247-0892

Edward E. Bintz
922 N. Cleveland St.
Arlington, VA 22201

U.S.M.S. X-RAY

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 22201    Scheduled Delivery Date (MM/DD/YY): 2-6-25    Postage: $31.40

Date Accepted (MM/DD/YY): 2-5-25    Scheduled Delivery Time: ☒ 6:00 PM    Insurance Fee: $—    COD Fee: $—

Time Accepted: 4:45 ☐ AM ☒ PM    Return Receipt Fee: $—    Live Animal Transportation Fee: $—

**TO:** (PLEASE PRINT)    PHONE ( 302 ) 573-6170

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE

Special Handling/Fragile: $—    Sunday/Holiday Premium Fee: $—    Total Postage & Fees:

Weight: 0 lbs. 4.60 ozs.    ☐ Flat Rate    Acceptance Employee Initials: T.J.    $31.40

ZIP + 4® (U.S. ADDRESSES ONLY): 19801-3570

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time    ☐ AM ☐ PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013    OD: 12.5 x 9.5

PS10001000006

**VISIT US AT USPS.COM®**
**ORDER FREE SUPPLIES ONLINE**

**UNITED STATES POSTAL SERVICE®**

EI 096 999 325 US