## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD E. BINTZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-00152-GBW |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | ) ) ) |
| Defendants. | ) ) |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 202_, having reviewed Federal Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, IT IS HEREBY ORDERED that Defendants' deadline to move, answer, or otherwise respond to Plaintiff's Complaint shall be extended through September 5, 2025.

_____
HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE