# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD E. BINTZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:25-cv-00152-GBW |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Devon Tice, hereby certify that on July 28, 2025, I electronically filed Federal Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint with the Clerk of the Court using CM//ECF. Said document is available for viewing and downloading from CM/ECF. I also certify that a copy of this document was sent via U.S. Mail to the following address:

Edward E. Bintz
922 N. Cleveland St.
Arlington, VA 22201

　　　　　　　　　　　　　　　　　　　　/s/ *Devon L. Tice*
　　　　　　　　　　　　　　　　　　　　Devon Tice, Counsel for Federal Defendants