

**DEPARTMENT OF THE ARMY**
U. S. ARMY CORPS OF ENGINEERS, BALTIMORE DISTRICT
ATTN: REGULATORY BRANCH
2 HOPKINS PLAZA
BALTIMORE, MARYLAND 21201-2930

January 16, 2025

Operations Division

US Wind, Incorporated
c/o Mr. Jeffery Grybowski
401 East Pratt Street, Suite 1810
Baltimore, MD 21202

Dear Mr. Grybowski:

    This is in reference to the status of your Department of the Army permit NAB-2020-60863-M30 (US Wind, Inc. MD Offshore Wind Energy/FAST-41). This office is in receipt of your required fee and a copy of the permit you signed on January 3, 2025, indicating your acceptance of its terms and conditions.

    Enclosed is your permit that has been dated and validated with the appropriate Baltimore District signatures (Enclosure 1). Also, enclosed is a yellow card, ENG Form 4336, (Enclosure 2) which must be conspicuously displayed at the site of work prior to commencement of construction. Upon completion of the authorized work and required mitigation, you are required to complete the enclosed compliance certification form (Enclosure 3) and return it to this office. Please include your Corps permit number NAB-2020-60863-M30 (US Wind, Inc. MD Offshore Wind Energy/FAST-41) on your submittal and the subject line of the email to the following email address: nab-regulatory@usace.army.mil.

    You may proceed with the construction indicated therein, provided you have obtained all other required state and/or local authorizations.

    A copy of this letter is also being forwarded to Bureau of Ocean Energy Management, National Marine Fisheries Service, Department of Natural Resources and Environmental Control, and Maryland Department of the Environment for informational purposes.

If you have any questions concerning this matter, please contact Ms. Erica Schmidt, of this office, at 410-962-6029 or via email at erica.schmidt@usace.army.mil.

Sincerely,

Digitally signed by PERA.FRANCIS.BALAYE.1029339330
Date: 2025.01.15 15:40:20 -05'00'

Francis B. Pera
Colonel, U.S. Army
Commander and District Engineer

Enclosures

To identify how we can better serve you, we need your help. Please take the time to fill out our new customer service survey at:
https://regulatory.ops.usace.army.mil/customer-service-survey/



**DEPARTMENT OF THE ARMY**
U. S. ARMY CORPS OF ENGINEERS, BALTIMORE DISTRICT
2 HOPKINS PLAZA
BALTIMORE, MARYLAND 21201-2930

## DEPARTMENT OF THE ARMY PERMIT
### Individual Permit

Permittee must have a copy of this permit available on site or upon request.

Application Name and Permit Number: NAB-2020-60863-M34 (US Wind, Inc. - MD Offshore Wind Energy/FAST-41)

Issuing Office:    U.S. Army Engineer District, Baltimore
Corps of Engineers
2 Hopkins Plaza
Baltimore, MD 21201

Permittee:    US Wind, Incorporated
c/o Mr. Jeffery Grybowski
401 East Pratt Street, Suite 1810
Baltimore, MD 21202

NOTE: The term "you" and its derivatives, as used in this permit, means the permittee or any future transferee. The term "this office" refers to the appropriate district or division office of the Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer.

You are authorized to perform work in accordance with the terms and conditions specified below.

Project Description: To develop an offshore wind project generating up to two (2) gigawatts of generating capacity within the OCS-A 0490 (the Lease) area off the Coast of Maryland on the Outer Continental Shelf. The development includes the construction of 114 wind turbine generators, up to four (4) offshore substations, and one (1 meteorological tower with associated scour protection for each structure and inter array cables in the approximate 80,000-acre lease area. Placement of interconnect cables to the onshore electric grid through up to four (4) new export cables that traverse from the lease area in the Atlantic Ocean to land at 3R's beach through horizontal directional drilling, traversing the Indian River Bay and Indian River to make landfall via horizontal directional drilling at the existing Indian River Substation in Millsboro, Delaware. To hydraulically dredge as needed no more than 74,000 cubic yards of material within Indian River for access to install the export cables, with the dredged material piped to a substation property for dewatering and return water piped back into Indian River. To redevelop existing properties in Ocean City Harbor, West Ocean City, Maryland for an Operation and Maintenance Facility, with work including removal of the existing pier, wharf, and floating dock and replacement with a pier, concrete wharf, bulkhead, and timber fenders and wave screens.

Enclosure 1

Project Location:

The proposed project is located at the Bureau of Ocean Energy Management Renewable Energy Lease Area OCS-A 0490 approximately 11.5 miles off the coast of Maryland on the outer continental shelf, with export cable landfall in the vicinity of Indian River Inlet connecting to the existing Indian River Substation in Millsboro, Delaware. The operations and maintenance facility is located in Ocean City Harbor, West Ocean City, Maryland.

Permit Conditions:

General Conditions:

1. Permittee must have a copy of this permit available on site or upon request.

2. The time limit for completing the work authorized ends on December 31, 2030. If you find that you need more time to complete the authorized activity, submit your request for a time extension to this office for consideration at least one month before the above date is reached.

3. You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit. You are not relieved of this requirement if you abandon the permitted activity, although you may make a good faith transfer to a third party in compliance with General Condition 5 below. Should you wish to cease to maintain the authorized activity, or should you desire to abandon it without a good faith transfer, you must obtain a modification of this permit from this office, which may require restoration of the area.

4. If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found. We will initiate the federal and state coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

5. If you sell the property associated with this permit, you must obtain the signature of the new owner in the space provided below on the Transfer Form and forward a copy of the permit to this office to validate the transfer of this authorization.

6. If a conditioned water quality certification has been issued for your project, you must comply with conditions specified in the certification(s) as special conditions to this permit. For your convenience, a copy of the certifications for Maryland and Delaware are attached (Attachments 1 and 2 of Enclosure 1).

7. You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

8. Please note that as of the date of this authorization, your project is in compliance with Section 7 of the Endangered Species Act. However, new species may be listed or additional populations found. Therefore, it is your responsibility to ensure that construction of the authorized work does not adversely affect any existing or newly listed federally endangered or threatened species. Information on threatened and endangered species and their critical habitat can be obtained from the offices of the United States Fish and Wildlife Service and National Marine Fisheries Service or their web pages at: https://ecos.fws.gov/ipac and https://www.greateratlantic.fisheries.noaa.gov/protected/section7/guidance/maps/index.html respectively.

Special Conditions:

1. In addition to the general conditions, you must comply with the enclosed special conditions attached hereto and made a part hereof. (Attachment 3 of Enclosure 1)

Further Information:

1. Congressional Authorities: You have been authorized to undertake the activity described above:

To construct structures and/or conduct work in or affecting "navigable waters of the United States" pursuant to

 X    Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403).

To discharge fill into waters of the United States pursuant to:

 X    Section 404 of the Clean Water Act (33 U.S.C. 1344).

To make alterations to, or temporarily or permanently occupy or use, a Corps of Engineers federally authorized civil works projects pursuant to:

 X    Section 408 of the Clean Water Act (33 U.S.C. 408 .

To transport dredged material for the purpose of dumping it into ocean waters pursuant to:

      Section 103 of the Marine Protection, Research and Sanctuaries Act of 1972 (33 U.S.C. 1413).

2. Limits of this authorization.

    a. This permit does not obviate the need to obtain other federal, state, or local authorizations required by law or to comply with the appropriate local critical area regulations.

 b. This permit does not grant any property rights or exclusive privileges.

 c. This permit does not authorize any injury to the property or rights of others.

 d. This permit does not authorize interference with any existing or proposed federal projects.

3. Limits of federal liability. In issuing this permit, the federal government does not assume any liability for the following:

 a. Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

 b. Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

 c. Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

 d. Design or construction deficiencies associated with the permitted work.

 e. Damage claims associated with any future modification, suspension, or revocation of this permit.

4. Reliance on Applicant's Data. The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

5. Reevaluation of Permit Decision. This office may reevaluate its decision on this permit at any time the circumstances warrant. Circumstances that could require a reevaluation include, but are not limited to, the following:

 a. You fail to comply with the terms and conditions of this permit.

 b. The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate  see 4 above).

 c. Significant new information surfaces which this office did not consider in reaching the original public interest decision.

Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7 or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5. The referenced enforcement procedures provide for the issuance of an administrative order requiring you comply with the terms and conditions of your permit and for the initiation of legal action where appropriate. You will be required to pay for any corrective measures ordered by this office, and if you fail to comply with such directive, this office may in

certain situations (such as those specified in 33 CFR 209.170) accomplish the corrective measures by contract or otherwise and bill you for the cost.

6. Extensions. General Condition 2 establishes a time limit for the completion of the activity authorized by this permit. Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the Corps will normally give favorable consideration to a request for an extension of this time limit.

Your signature below, as permittee, indicates that you accept and agree to comply with the terms and conditions of this permit.

_____    1/3/25
Permittee                          Date

This permit becomes effective when the federal official, designated to act for the Secretary of the Army, has signed below.

Digitally signed by PERA.FRANCIS.BALAYE.1029339330
Date: 2025.01.16 07:13:43 -05'00'

_____    January 16, 2025
Francis B. Pera                    Date
Colonel, U.S. Army
Commander and District Engineer

7