# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD E. BINTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:25-cv-00152-GBW |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| US WIND, INC., | ) |
| | ) |
| Defendant-Intervenor | ) |

## DEFENDANT-INTERVENOR US WIND, INC.'S MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant-Intervenor US Wind, Inc. ("US Wind") respectfully moves to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(c). In support of its Motion, US Wind is concurrently filing an opening brief and proposed order, which are incorporated herein by reference. For the reasons explained in the brief, US Wind respectfully requests that its Motion be granted.

319075801v1

<table>
<tr><td>

Of Counsel:
Toyja E. Kelley, Sr.
Emily Huggins Jones
Gregory Waterworth
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel.: 202-220-6900
Fax. 202-220-6945
toyja.kelley@troutman.com
emily.hugginsjones@troutman.com
greg.waterworth@troutman.com

Hilary Tompkins
HOGAN LOVELLS US LLP
555 13th Street N.W.
Washington, D.C. 20004
Telephone: (202) 637-5617
hilary.tompkins@hoganlovells.com

David Newmann
HOGAN LOVELLS US LLP
1735 Market St., 23d Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
david.newmann@hoganlovells.com

Dated:  September 5, 2025

</td><td>

Respectfully submitted,

*/s/ James H. S. Levine*
James H.S. Levine (Del. Bar No. 5355)
TROUTMAN PEPPER LOCKE LLP
Hercules Plaza, Suite 1000
1313 Market Street
Wilmington, DE 19801
Tel.: 302-777-6500
james.levine@troutman.com

*Counsel for Defendant-Intervenor*
*US Wind, Inc.*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, a true and correct copy of the foregoing Motion to Dismiss and Motion for Judgemjnt on the Pleadings, Opening Brief, and Declaration of James H. S. Levine, have been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures which will provide notice to all counsel of record, and served on Plaintiff via email and U.S. Postal Mail at the address below:

>Edward E. Bintz
>922 N. Cleveland St.
>Arlington, VA 22201
>
>*Pro Se Plaintiff*

Dated: September 5, 2025                        /s/ *James H.S. Levine*
                                                James H.S. Levine (Del. Bar No. 5355)

                                                *Counsel for US Wind, Inc.*

319075801v1