IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| EDWARD E. BINTZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF THE INTERIOR, et al. ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> US WIND, Inc., ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Civil Action No. 1:25-cv-00152-GBW |

**NOTICE OF WITHDRAW OF MOTION TO STAY**

On August 22, 2025, the Federal Defendants moved to stay this action (D.I. 28) pending the resolution of a motion to voluntarily remand and vacate its approval of the Construction and Operations Plan ("COP") for the Maryland Offshore Wind Project (the "Project') in a related case, *Mayor & City Council of Ocean City* v. *U.S. Department of the Interior et al*, No. 1:24-cv-3111 (D. Md. 2024) (the "Maryland Action"). On December 4, the Court in the Maryland Action denied, without prejudice, the motion to voluntarily remand and vacate the COP approval for the Project.

Accordingly, Federal Defendants hereby withdraw their Motion to Stay (D.I. 28).

Dated: December 9, 2025

      Respectfully submitted,

      ADAM R.F. GUSTAFSON
      Principal Deputy Assistant Attorney General

      */s/      Devon L. Tice*

      Devon L. Tice, Trial Attorney
      U.S. Department of Justice
      Natural Resources Section
      P.O. Box 7611
      Washington, DC 20044-7611
      Tel: 202-598-1444
      Email: devon.tice@usdoj.gov

      *Counsel for Federal Defendants*